# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| LAWRENCE DRUMER, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:16-CV-1170 AGF |
| ) | |
| CORIZON CORRECTIONAL HEALTH ) | |
| CARE, et al., ) | |
| ) | |
| Defendants, ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on Plaintiff's motions to appoint counsel. The Court has reviewed the pleadings in this matter and finds that appointing counsel is in the interests of justice.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's motions to appoint counsel [ECF Nos. 3, 9] are **GRANTED**.

**IT IS FURTHER ORDERED** that John P. Rahoy, BROWN AND JAMES, P.C., 800 Market Street, Suite 1100, St. Louis, Mo 63101, Phone: (314) 242-5336, Fax: (314) 242-5536, is appointed to represent Plaintiff in this matter.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall provide Plaintiff's newly-appointed counsel with a complete copy of the court file at no cost.

Dated this 17th day of November, 2016.

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE