# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| LAWRENCE DRUMMER, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:16-CV-1170 AGF |
| | ) | |
| CORIZON CORRECTIONAL HEALTH CARE, et al., | ) | |
| | ) | |
| Defendants, | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on its own motion. On February 24, 2017, the Clerk appointed Mr. Richard Magee of the Magee Law Firm, LLC, to represent Plaintiff in this action. To date, Magee has not entered his appearance. Moreover, he has not responded to defense counsel's numerous attempts to contact him by phone and email. As a result, the Court finds that the purpose of the appointment is not being fulfilled.

Accordingly,

**IT IS HEREBY ORDERED** that the appointment of Richard Magee and the Magee Law Firm, LLC, as counsel for Plaintiff [ECF No. 34] is **TERMINATED**.

**IT IS FURTHER ORDERED** that the Clerk is directed to appoint new counsel to represent Plaintiff, pursuant to the Plan for the Appointment of Pro Bono Counsel. A separate Notice of Appointment of Pro Bono Counsel must be entered by the Clerk.

**IT IS FINALLY ORDERED** that in light of the Court's Order appointing new counsel to represent Plaintiff, Defendants' Motion for Entry of Case Management Order or, in

the Alternative, to Dismiss for Failure to Prosecute [ECF No. 35] is **DISMISSED without prejudice.**

Dated this 12th day of July, 2017.

_Audrey G. Fleissig_
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE